ACCEPTED
04-15-00110-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/27/2015 5:43:31 AM
KEITH HOTTLE
CLERK

04-15-00110-CV

NO. 2284

| | | |
|---|---|---|
| **IN RE: ESTATE OF** | § | **IN THE COUNTY COURT** |
| | § | |
| **WILLIAM H. MCNUTT** | § | **SITTING IN MATTERS PROBATE** |
| | § | |
| **DECEASED** | § | **KIMBLE COUNTY, TEXAS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/27/2015 5:43:31 AM
KEITH E. HOTTLE
Clerk

## DEFENDANTS' NOTICE OF APPEAL

This Notice of Appeal is filed by Defendants J. David Boland, Independent Executor of the Estate of William H. McNutt, Deceased, McNutt Ranch, Ltd, and McNutt Management, L.L.C. , who seek to appeal the trial court's judgment dated February 20, 2015. Defendants desire to appeal from all parts of this judgment and appeal is being taken to the Fourth Court of Appeals in San Antonio.

Respectfully submitted,

/s/ *Jeff Small*

Jeff Small
State Bar No. 00793027
LAW OFFICE OF JEFF SMALL
12451 Starcrest Dr., Suite 100
San Antonio, TX 78216 .2988
210.496.0611/f: 210.579.1399
jdslaw@satx.rr.com

Craig L. White
State Bar No. 21292400
Law Office of Craig L. White
111 West Olmos Drive
San Antonio, Texas 78212
210. 829.7183/f: 210. 829.0734
craigwhite@111westolmos.com

Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2015, a true and correct copy of Defendants' Notice of Appeal was served on counsel of record/ interested parties pursuant to the Texas Rules of Civil Procedure:

John F. Nichols, Sr.
NICHOLS LAW, PLLC
5020 Montrose, Suite 400
Houston, Texas 77006
john@nicholslaw.com

Mr. Keith E. Hottle, Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
Cadena Reeves Justice Center
San Antonio, TX 78205

_/S/ *Jeff Small*_____
Craig L. White
Jeff Small